UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEON TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>PITA, et al.,<br><br>    Defendants. | Case No. 16-cv-01248-JST (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner proceeding pro se, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983. The acts complained of occurred at California State Prison–Los Angeles County in Lancaster, California, and Defendants are located in Lancaster, which lies within the venue of the Central District of California. Therefore, venue properly lies in the Central District. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California. See 28 U.S.C. § 1406(a).

The Clerk shall transfer the file.

IT IS SO ORDERED.

Dated: March 21, 2016

_____
JON S. TIGAR
United States District Judge